IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| v. | : | DATE FILED: |
| JACOB MONTAGUE | : | VIOLATIONS: 18 U.S.C. § 1201(a)(1) (kidnapping – 1 count) |
| | : | 18 U.S.C. §§ 1201(a)(1), (d) (attempted kidnapping – 1 count) |
| | : | |

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about November 1, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JACOB MONTAGUE**

attempted to knowingly, willfully, and unlawfully seize, confine, kidnap, abduct, carry away, and hold O.U., a person known to the grand jury, for ransom, reward, or otherwise, that is, for the purpose of gaining a personal benefit from that seizure, and, in committing or in furtherance of the commission of the offense, traveled in interstate commerce from North Carolina to Pennsylvania and used an automobile, a means, facility, and instrumentality of interstate or foreign commerce.

In violation of Title 18, United States Code, Sections 1201(a)(1), (d).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about November 2, 2020, in Philadelphia, in the Eastern District of Pennsylvania, defendant

**JACOB MONTAGUE**

knowingly, willfully, and unlawfully seized, confined, kidnaped, abducted, carried away, and held J.M., a person known to the grand jury, for ransom, reward, or otherwise, that is, for the purpose of gaining a personal benefit from that seizure, and, in committing or in furtherance of the commission of the offense, traveled in interstate commerce from North Carolina to Pennsylvania and used an automobile, a means, facility, and instrumentality of interstate or foreign commerce.

In violation of Title 18, United States Code, Section 1201(a)(1).

A TRUE BILL:

_____
GRAND JURY FOREPERSON

_____
**JENNIFER ARBITTIER WILLIAMS**
**Acting United States Attorney**

No. _ _ _ _ _ _

**UNITED STATES DISTRICT COURT**

Eastern District of Pennsylvania

Criminal Division

THE UNITED STATES OF AMERICA

vs.

JACOB MONTAGUE

INDICTMENT

Counts
18 U.S.C.§ 1201 (a) (1) (kidnapping – 1 count)
18 U.S.C.§ § 1201 (a)(1), (d) (attempted kidnapping– 1 count)



Foreman

Filed in open court this _____ day,
of _____ A.D. 20 _____

_____ Clerk

Bail, $ _____