IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Date of Notice: February 1, 2024 |
| | : | |
| vs. | : | |
| | : | |
| JACOB MONTAGUE | : | Criminal No. 21-16-01 |
| REG. NO. 27406-509 | | |

**NEW DATE & TIME**

**TAKE NOTICE** that the above-entitled case has been set for a **SENTENCING HEARING** on **FRIDAY FEBRUARY 16, 2024** at **1:30 p.m.** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, before the Honorable Joel H. Slomsky, in Courtroom 13A, 13th floor.

☒ **Court Summons:** This Notice serves as a summons to appear in court.

☒ **Detained Federal Inmate:** The U.S. Marshal shall have the defendant present for this court proceeding.

☐ INTERPRETER REQUIRED
XX  THIS PROCEEDING HAS BEEN RESCHEDULED FROM, FEBRUARY 1, 2024

Very truly yours,

*S/ Matthew J. Higgins*
Matthew J. Higgins
Deputy Clerk to Judge Slomsky

Notice to:
R. FUSCHINO, Defense Counsel
M. MILLER, AUSA, P. DESOUZA, A.U.S.A.
U.S. Marshal
B. WHITE, Probation Office
Pretrial Services
Interpreter Coordinator